## MOREE *v.* THE STATE.

LEWIS, J. 1. Refusal by the court to permit a witness to answer a question is in no event cause for a new trial, when it does not appear what the expected answer would be. *Huie* v. *McDaniel,* 105 *Ga.* 319.

2. Though the testimony was decidedly conflicting as to the identity of the property alleged to have been stolen, there was sufficient evidence to warrant a finding that it was the property described in the indictment, and was stolen by the accused.

*Judgment affirmed. All the Justices concurring.*

Argued October 5, — Decided October 27, 1899.

Indictment for simple larceny. Before Judge Spence. Worth superior court. April term, 1899.

*Jesse W. Walters,* for plaintiff in error. *W. E. Wooten, solicitor-general,* by *Harrison & Bryan,* contra.